RECEIVED

JUL 1 7 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| AMP (XXX-XX-6280) | CIVIL ACTION NO. 12-cv-0916 |
| VERSUS | JUDGE TOM STAGG |
| U.S. COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision to deny benefits is **reversed** and the case is **remanded** to the Agency for further proceedings consistent with the court's decision.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 17th day of July, 2013.

TOM STAGG
UNITED STATES DISTRICT JUDGE